FILED
2017 Jun-23 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARGO WILLIAMS, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO: _____ |
| ) | |
| ALLSTATE PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY, ) | JURY DEMAND REQUESTED |
| a corporation, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

1. Plaintiff Margo Williams is over the age of nineteen, a resident of Jefferson County, Alabama and a citizen of the State of Alabama (hereinafter "Plaintiff Williams").

2. Defendant Allstate Property and Casualty Insurance Company (hereinafter "Defendant Allstate Insurance") is an Illinois corporation incorporated only in the State of Illinois, with its principal place of business in Cook County, Illinois. Defendant Allstate Insurance is engage in the business of selling insurance nationwide. Therefore, for purposes of diversity of citizenship, Defendant Allstate Insurance is a citizen of Illinois.

3. The matter in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00 as specified by 28 U.S.C. § 1332.

4.     Venue is proper as the wreck occurred in Jefferson County, Alabama, which is located in the Southern Division of the Northern District of Alabama.

5.     On or about the April 23, 2015, Plaintiff Williams was involved in an automobile wreck on Lorna Road between Montgomery Highway and Lodge Drive in Jefferson County, Alabama with an underinsured motorist.

## COUNT ONE – UNDERINSURED MOTORIST BREACH OF CONTRACT

6.     Plaintiff Williams re-asserts, re-alleges and incorporates paragraphs 1-5 as if set out herein in full.

7.     Plaintiff Williams avers that Defendant Allstate Insurance, issued a policy of automobile insurance coverage to Plaintiff Williams which afforded Plaintiff Williams with uninsured/underinsured motorist coverage and that said policy was in full force and effect on the 23rd day of April, 2015, the date of the wreck in which Plaintiff Williams was injured.

8.     In the wreck, Plaintiff Williams was injured by the operation of a motor vehicle owned and operated by Sarah Ethridge.

9.     Sarah Ethridge on the date of the wreck had minimal liability insurance coverage which has been exhausted.

10.    As a direct result of the wreck on May 23, 2015, Plaintiff Williams was injured and caused to suffer serious injuries, included but not limited to injures to her head, neck, back, and shoulders, as well as bruises and contusions to her body. She was permanently injured, suffered great pain of body and mind, incurred substantial

expenses for medical attention and lost wages, and will incur future medical expenses. Plaintiff Williams is legally entitled to recover damages from her underinsured motorist policy issued by Defendant Allstate Insurance in order to make her whole.

11. Defendant Allstate Insurance has failed and refused to honor its contract with Plaintiff Williams.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff Williams demands judgment in excess of the minimum jurisdictional limits set forth in 28 U.S.C. § 1332 against Defendant Allstate Insurance in an amount to be determined by a jury prejudgment interest and court costs.

/s/ Robert L. Gorham
Robert L. Gorham (ASB-0010-H66R)
Melissa C. Taylor (ASB-5881-M34C)
Attorneys for Plaintiff

**OF COUNSEL:**
**GORHAM & ASSOCIATES LLC**
517 Beacon Parkway West
Birmingham, Alabama 35209
(205) 943-9339 Office
(205) 943-9338 Facsimile
bgorham@gorhamandassociates.com
mtaylor@gorhamandassociates.com

3

## JURY DEMAND

Plaintiff demands trial by struck jury.

*/s/ Robert L. Gorham*
_____
Robert L. Gorham

**DEFENDANT TO BE SERVED VIA
CERTIFIED MAIL AT THE FOLLOWING ADDRESSES:**

Allstate Property and Casualty Insurance Company
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104